UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW HAMPSHIRE

<u>Kirk Cutler</u>

       v.                                   Civil No. 12-cv-00112-JL

<u>Christopher Carbonneau, et al.</u>

                              **<u>PROCEDURAL ORDER</u>**

       The Preliminary Pretrial Conference currently scheduled for
**June 4, 2012 at 11:00 a.m.** will include a substantive, meaningful
discussion of the parties' claims and defenses.  Counsel are
expected to be prepared to engage in an open, cooperative
discussion in good faith.  Counsel are reminded of the
obligations imposed by Fed. R. Civ. P. 11(b)(3) and (4), and
should be prepared to explain the factual basis underlying any
claims or defenses they have pleaded.

       Each party shall be represented at the Preliminary Pretrial
Conference by counsel authorized to bind the party on all
matters.

       To the extent that the substance of this order constitutes a
departure from the customary Preliminary Pretrial practice to
which counsel are accustomed, the court apologizes for the short
notice, and will bear this in mind at the conference.


       **SO ORDERED.**

                                       _____
                                       Joseph N. Laplante
                                       United States District Judge

Dated:  May 24, 2012

cc: Charles G. Douglas, III, Esq.
    Lisa M. Lee, Esq.
    Corey M. Belobrow, Esq.