UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kirk Cutler</u>

    v.                        Civil No. 12-cv-112-JL

<u>Christopher Carbonneau</u>

## PROCEDURAL ORDER

The court disagrees with defendant Rockingham County's assertion that, under L.R. 81.1(a), it need not file an answer conforming to Rule 8(b) of the Federal Rules of Civil Procedure. The court reads its Local Rule to allow the refiling of a state-court answer subsequent to removal only if the state-court answer complies with the Federal Rules of Civil Procedure. Rockingham County shall file such an answer on or before **June 8, 2012.** In the meantime, the preliminary pretrial conference, currently scheduled for June 4, 2012, is cancelled, to be rescheduled at a time following Rockingham County's submission of its answer.

    SO ORDERED.

                                      /s/ Joe Laplante
                                      Joseph N. Laplante
                                      United States District Judge

Dated: June 1, 2012

cc: Charles G. Douglas, III, Esq.
    Lisa M. Lee, Esq.
    Corey M. Belobrow, Esq.